# CASES REPORTED WITH BRIEF SYLLABI

## AND

## DECISIONS HANDED DOWN WITHOUT

## OPINION.

### FOURTH DEPARTMENT, OCTOBER, 1921.

In the Matter of the Appraisal of the Estate of MARY J. LYNCH, Deceased, under the Acts in Relation to the Taxable Transfers of Property. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; MARGARET LYNCH and Another, as Executrices, etc., Respondents.— Order affirmed, with costs. All concur.

In the Matter of the Appraisal of the Estate of ALLEN C. BEACH, Deceased, under the Acts in Relation to the Taxable Transfers of Property. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; AMY BEACH EWERS, Individually and as Executrix, etc., Respondent.— Order reversed, upon questions of law and of fact, and matter remitted to the Surrogate's Court for further proceedings in accordance with this decision, with costs to abide the final award of costs. The finding of the surrogate that the bonds were not a part of the estate of the deceased at the time of his death is disapproved and reversed, and we hold that there was insufficient evidence to establish the delivery of the bonds to the decedent's daughter and that his acts did not constitute a gift. We hold that the evidence is sufficient to show that the promissory note is a valid obligation against the estate, founded upon an adequate consideration. The decision is unanimous. All concur.

MILTON J. WHEDON, Respondent, v. REGINALD W. DURANT, Appellant.— Order reversed, with ten dollars costs and disbursements to appellant to abide the event, and place of trial changed from Orleans to Saratoga county, for the reason and upon the ground that such change will be for the convenience of material witnesses and that the ends of justice will be promoted thereby.* The reversal is made upon the law and facts, and the decision is unanimous. All concur.

NORMAN B. HARRINGTON, Appellant, v. HAMILTON B. WILLS & COMPANY. LTD., Respondent.— Order affirmed, without costs. Held, while we are of the opinion that the Special Term should not have stricken out the matter in the plaintiff's affidavit, we think in view of the disposition of the motion upon the merits the plaintiff was not harmed thereby, and we, therefore, affirm the order, without costs. All concur.

---

* See Code Civ. Proc. § 987; now Civ. Prac. Act, § 187.— [REP.